# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

134811

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDITH ANDERSON,
      Plaintiff-Appellant,
and

THEODORE ANDERSON,
      Plaintiff,
v

          SC: 134811
          COA: 266941
          St Clair CC: 02-001346-NI

FRANK SENGER,
      Defendant-Appellee,
and

MARINE CITY NURSERY COMPANY,
      Defendant.

_____/

On order of the Court, the application for leave to appeal the July 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

t1119